AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
ENTERED          SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 16 2020

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1113077|

# UNITED STATES DISTRICT COURT
for the
District of Nevada

2020 JUN 10 PM 3: 34

U.S. MAGISTRATE JUDGE

United States of America
v.

ZACHARY SANNS

)
)
)  Case No.  2:20-mj-482-NJK
)
)
)
)

REC'D USMS D/NV
2020 JUN 11, 1:15pm

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **ZACHARY SANNS**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §912 - False Personation of an Officer or Employee of the United States

Date: June 10, 2020

_____
*Issuing officer's signature*

City and state:     Las Vegas, Nevada       Nancy J. Koppe, US Magistrate Judge
_____
*Printed name and title*

### Return

This warrant was received on *(date)* 6/11/2020, and the person was arrested on *(date)* 6/11/2020
at *(city and state)* LAS VEGAS, NV.

Date: 6/11/2020

_____
*Arresting officer's signature*

for ATF
_____
*Printed name and title*