NICHOLAS A. TRUTANICH
United States Attorney
Nevada Bar No. 13644
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
FAX: (702) 388-5087
Christopher.Burton4@usdoj.gov
Attorney for the  United States of America

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00482-NJK |
| Plaintiff, | Stipulation to Continue the Preliminary Hearing (Second Request) |
| vs. | |
| ZACHARY SANNS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS A. TRUTANICH, United States Attorney, and CHRISTOPHER BURTON, Assistant United States Attorney, counsel for the United States of America, and DAVID T. BROWN, ESQ., counsel for Defendant ZACHARY SANNS, that the preliminary hearing currently scheduled for July 28, 2020, at 4:00 p.m., be vacated and continued to a date and time to be set by this Honorable Court but no sooner than thirty (30) days.

This stipulation is entered into for the following reasons:

1.    Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to prepare for the preliminary hearing and determine whether there are any issues that must be litigated prior to the preliminary hearing.

1

1    2.    The parties agree to the continuance.

2    3.    The defendant is currently not detained and does not object to a continuance.

3    4.    The additional time requested herein is not sought for purposes of delay, but to

4 allow counsel for defendant sufficient time within which to be able to effective and complete

5 investigation of the discovery materials being provided.

6    5.    Additionally, there is good cause for continuing the preliminary hearing under

7 Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could

8 result in a miscarriage of justice. The additional time requested by this Stipulation is excusable

9 in computing the time within which the preliminary hearing, or filing of an indictment or

10 information herein must commence pursuant to the Speedy Trial Act, Title 18, United States

11 Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

12 Section 3161(h)(7)(B)(i) and (iv).

13    6.    This is the <u>second</u> stipulation to continue filed herein.

14

15 DATED this 24th day of July, 2020.

16                                                         Respectfully submitted,
                                                          NICHOLAS A. TRUTANICH
17                                                         United States Attorney

18
        _____//s//_____                    _____//s/_____
19 DAVID T. BROWN, ESQ.                         CHRISTOPHER BURTON
   Counsel for Defendant                        Assistant United States Attorney
20 ZACHARY SANNS

21

22

23

24

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number: 2:20-mj-00482-NJK |
| Plaintiff, | |
| vs. | **ORDER** |
| ZACHARY SANNS, | |
| Defendant. | |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Counsel for the defendant needs additional time to review discovery and conduct investigation in this case to prepare for the preliminary hearing and determine whether there are any issues that must be litigated prior to the preliminary hearing.

2. The parties agree to the continuance.

3. The defendant is currently not detained and does not object to a continuance.

4. The additional time requested herein is not sought for purposes of delay, but to allow counsel for defendant sufficient time within which to be able to effective and complete investigation of the discovery materials being provided.

5. Additionally, there is good cause for continuing the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and denial of this request for continuance could result in a miscarriage of justice. The additional time requested by this Stipulation is excusable in computing the time within which the preliminary hearing, or filing of an indictment or information herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code,

1   Section 3161(h)(7)(B)(i) and (iv).

2       6.   This is the <u>second</u> stipulation to continue filed herein.

3       For all of the above-stated reasons, the ends of justice would best be served by a

4   continuance of the preliminary hearing date.

5                **CONCLUSIONS OF LAW**

6       There is good cause in continuing the preliminary hearing and the ends of justice served

7   by granting said continuance outweigh the best interest of the public and the defendant, since

8   the failure to grant said continuance would be likely to result in a miscarriage of justice, would

9   deny the parties herein sufficient time and the opportunity within which to be able to effectively

10   and thoroughly prepare for the preliminary hearing, taking into account the exercise of due

11   diligence.

12       The continuance sought herein is excusable under Federal Rule of Criminal Procedure

13   5.1(d) and the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when

14   considering the factors under Title 18, United States Code, Section 3161(h)(7)(B)(i) and (iv).

15                    **ORDER**

16       IT IS FURTHER ORDERED that the preliminary hearing currently scheduled for July

17   28, 2020, at the hour of 4:00 p.m., be vacated and continued to Friday, August 28, 2020, at

18   the hour of 4:00 p.m., in courtroom 3C.

19

20   DATED this 27th day of July, 2020.

21

22

                                      _____

23                   THE HONORABLE NANCY J. KOPPE
                      UNITED STATES MAGISTRATE JUDGE

24