# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ZACHARY SANNS,<br><br>Defendant. | Case No.: 2:20-mj-00482-NJK<br><br>**ORDER**<br><br>(Docket No. 16) |

Pending before the Court is the parties' stipulation to modify terms of pretrial release. Docket No. 16. The parties ask the Court to modify Defendant's pretrial release conditions to allow him to reside with his father in Beachwood, New Jersey, at an address that has been verified by Pretrial Services. *Id*. at 1. The parties submit that Defendant's Pretrial Services Officer does not object to this request and that Defendant has, to date, complied with his conditions of release. *Id*.

Accordingly,

IT IS ORDERED that the parties' stipulation, Docket No. 16, is hereby **GRANTED**.

IT IS FURTHER ORDERED that Defendant's conditions of pretrial release are modified as follows:

1. Defendant must reside with his father in Beachwood, New Jersey, at the address known and verified by Pretrial Services.
2. Defendant must maintain his residence at his father's address in Beachwood, New Jersey that has been approved by Pretrial Services. Defendant may not move from this residence without first obtaining permission to do so from the Court, Pretrial Services, or the supervising officer.
3. Defendant's travel is restricted to the State of New Jersey, unless otherwise approved by Pretrial Services or the supervising officer.

1

4. Defendant is permitted to travel to Clark County, Nevada solely for scheduled court appearances or to meet with his attorney. All such travel must be preapproved by Pretrial Services or the supervising officer.

IT IS SO ORDERED.

DATED: August 20, 2020.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE