NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar Number 13644
CHRISTOPHER BURTON
Nevada Bar Number 12940
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@.usdoj.gov

*Attorneys for Plaintiff*
*The United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY SANNS, <br><br> Defendant. | **CRIMINAL INDICTMENT** <br><br> Case No.: 2:20-cr-265 <br><br> **VIOLATION:** <br><br> 18 U.S.C. § 912 - False Personation of an Officer or Employee of the United States |

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
False Personation of an Officer or Employee of the United States
(18 U.S.C. § 912)

On or about May 30, 2020, in the State and Federal District of Nevada,

ZACHARY SANNS,

defendant herein, did falsely assume and pretend to be an officer and employee of the United States acting under the authority thereof, that is a Special Agent of the Department of Homeland Security Investigations, and an employee of the State Department, and a

1 Department of Defense contractor, and in such assumed and pretended character did act as

2 such, in that he falsely stated that he was a federal law enforcement officer and a federal

3 agent and sought to assist in a Las Vegas Metropolitan Police Department response to

4 protests and civil unrest, all in violation of Title 18, United States Code, Section 912.

5     DATED: this 29th day of September, 2020.

6     **A TRUE BILL:**

    /S/
    FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney