1  \DAVID T. BROWN, ESQ.
   Nevada Bar No.  006914
2  BROWN BROWN & PREMSRIRUT
   520 South Fourth Street, 2nd Fl.
3  Las Vegas, Nevada 89101
   Phone: (702) 384-5563
4  Fax: (702) 385-1023
   dbrown@brownlawlv.com
5  Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | 2:20–cr-00265-JCM-BNW |
| ZACHARY SANNS, | ) | **STIPULATION TO MODIFY TERMS OF PRETRIAL RELEASE** |
| Defendants. | ) | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Nicholas A. Trutanich, United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the defendant, Zachary Sanns be permitted to travel freely from New Jersey, New York, Pennsylvania, Connecticut and Nevada.

This stipulation is entered into for the following reasons:

1.   At the time of Mr. Sanns' Detention pretrial services included a travel restriction as one of the conditions in their recommendation of pretrial release.

2.   Mr. Sanns agreed to this condition as he planned to reside in Nevada while he awaits trial.

3.   On or about August 19, 2020, the parties entered a stipulation for Mr. Sanns to relocate to Beachwood, New Jersey and move in with his father.

4.   That stipulation was approved by the Court and Mr. Sanns has relocated to New Jersey.

5. Mr. Sanns lives close to the border of several states and has family and friends in New York, Pennsylvania and Connecticut and would like the ability to see them and to visit those states.

6. Mr. Sanns trial has just been continued 6 months and would like the ability to see his family while he awaits trial.

7. Mr. Sanns has followed all directive of pretrial release and been in regular contact with the undersigned.

8. U.S. Pretrial Services Officer Alicia Coughlin has indicated that she has no objection to this modification.

**DATED** this 18th day of November, 2020.

/s/
DAVID T. BROWN, ESQ.
Counsel for Defendant

/s/
CHRISTOPHER BURTON, ESQ.
United States Attorney

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>ZACHARY SANNS,<br><br>          Defendants. | 2:20–cr-00265-JCM-BNW<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. When the Court ordered Defendant released pending trial, the Court imposed a travel restriction as one of his conditions of release. Docket No. 7 at 3.

2. The Court also ordered Defendant to maintain residence at his current address in Nevada. Id.

3. On or about August 19, 2020, the parties entered a stipulation for Mr. Sanns to relocate to Beachwood, New Jersey and move in with his father.

4. That stipulation was approved by the Court and Mr. Sanns has relocated to New Jersey.

5. Mr. Sanns lives close to the border of several states and has family and friends in New York, Pennsylvania and Connecticut and would like the ability to see them and to visit

1  those states.

2  6. Defendant's trial has just been continued 6 months and would like the ability to see
3  his family while he awaits trial.

4  7. Mr. Sanns has followed all directive of pretrial release and been in regular contact
5  with the undersigned.

6  8. U.S. Pretrial Services Officer Alicia Coughlin has indicated that she has no
7  objection to this modification.

**ORDER**

**IT IS HEREBY ORDERED** that Zachary Sanns' travel restriction is modified to permit him to travel to Nevada, New Jersey, New York, Pennsylvania, and Connecticut.

All other conditions of pre-trial release shall remain.

**DATED** this 19th day of November, 2020.

_____
THE HONORABLE NANCY J. KOPPE
United States Magistrate Judge

2