1 DAVID T. BROWN, ESQ.
Nevada Bar No.  006914
2 BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
3 Las Vegas, Nevada 89101
Phone: (702) 384-5563
4 Fax: (702) 385-1023
dbrown@brownlawlv.com
5 Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:20–cr-00265-JCM-BNW |
| ZACHARY SANNS, | **STIPULATION TO PERMIT TRAVEL** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the defendant, Zachary Sanns be permitted to travel to Hawaii from August 20-25.

This stipulation is entered into for the following reasons:

1. At the time of Mr. Sanns' Detention pretrial services included a travel restriction as one of the conditions in their recommendation of pretrial release.

2. Mr. Sanns has a cousin that is getting married in Hawaii and would like to attend the ceremony with family.

3. Mr. Sanns has followed all directives of pretrial release and has been in regular contact with the undersigned.

4. Mr. Sanns is being supervised in New Jersey by Robert Hyde that Mr. Sanns has been compliant with all of the directives and that he had no specific concerns to the travel request.

5. U.S. Pretrial Services Officer Alicia Coughlin has indicated that she has no

1  objection to this modification.

2    6.    Mr. Sanns will provide U.S. Probation all of the travel details for his trip.

3    **DATED** this 6th day of August, 2021.

/s/ David Brown

_____
DAVID T. BROWN, ESQ.
Counsel for Defendant

/s/ Christopher Burton

_____
CHRISTOPHER BURTON, ESQ.
United States Attorney

DAVID T. BROWN, ESQ.
Nevada Bar No. 006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:20–cr-00265-JCM-BNW |
| vs. | **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |
| ZACHARY SANNS, | |
| Defendants. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. At the time of Mr. Sanns' Detention pretrial services included a travel restriction as one of the conditions in their recommendation of pretrial release.

2. Mr. Sanns has a cousin that is getting married in Hawaii and would like to attend the ceremony with family.

3. Mr. Sanns has followed all directives of pretrial release and has been in regular contact with the undersigned.

4. Mr. Sanns is being supervised in New Jersey by Robert Hyde that Mr. Sanns has been compliant with all of the directives and that he had no specific concerns to the travel request.

5. U.S. Pretrial Services Officer Alicia Coughlin has indicated that she has no

objection to this modification.

6. Mr. Sanns will provide U.S. Probation all of the travel details for his trip.

**ORDER**

**IT IS HEREBY ORDERED** that Zachary Sanns travel restriction be modified to permit him to travel to Hawaii August 20-25th.

All other conditions of pre-trial release shall remain.

**DATED** this 9th day of August, 2021.

_____
THE HONORABLE NANCY J. KOPPE
United States Magistrate Judge