DAVID T. BROWN, ESQ.
Nevada Bar No.  006914
BROWN BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>         Plaintiff, )<br><br>vs. )<br><br>ZACHARY SANNS, )<br><br>         Defendants. ) | 2:20-cr-00265-JCM-BNW<br><br>**STIPULATION TO CONTINUE TRIAL**<br>**(Fifth Request)** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between Christopher Chiou, Acting United States Attorney, and Christopher Burton, Assistant United States Attorney, counsel for the United States of America, and David T. Brown, counsel for defendant, that the trial date currently scheduled for September 26, 2022, and the calendar call currently set for September 21, 2022, be vacated  and be continued for at least ninety (90) days to a date and time that is convenient to this Court.

This stipulation is entered into for the following reasons:

      1.     Defense counsel needs additional time to conduct additional investigation, find and interview potential witnesses and research any pretrial issues.

      2.     Defense counsel is in the process of reviewing additional video evidence that has been provided that show the events of the evening in question as well as attempting to locate potential witnesses.

      3.     In addition, the parties are working with one another to reach a potential resolution for this case and feel the review of this evidence could expedite a plea agreement.

4.      The defendant is not in custody and agrees to the continuance.

5.      The parties agree to the continuance.

6.      The additional time is to allow defense counsel sufficient time to investigation and litigate any necessary pretrial issues and to prepare for trial, if this case cannot be resolved through negotiations.

7.      Since April 2020, the COVID-19 pandemic and the Chief Judge's series of General Orders regarding the pandemic, have slowed the prompt administration of justice in the courts of the United States.  Despite the District of Nevada's recent ability to start conducting a limited number of jury trials, COVID based delays in this District threaten to persist into the immediate future.

8.      Additionally, this continuance is not made for the purposes of delay, and denial of this request for continuance could result in a miscarriage of justice.  The additional time requested is excludable in computing the time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors under § 3161(h)(7)(B)(I), (iv).

**DATED** this 19th day of August, 2022.

/s/ David Brown
_____
DAVID T. BROWN, ESQ.
Counsel for Defendant


/s/ Christopher Burton
_____
CHRISTOPHER BURTON, ESQ.
United States Attorney

2

DAVID T. BROWN, ESQ.
Nevada Bar No.  006914
BROWN, BROWN & PREMSRIRUT
520 South Fourth Street, 2nd Fl.
Las Vegas, Nevada 89101
Phone: (702) 384-5563
Fax: (702) 385-1023
dbrown@brownlawlv.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 2:20-cr-002265-JCM-BNW |
| | ) | |
| vs. | ) | **FINDINGS OF FACT, CONCLUSIONS** |
| | ) | **OF LAW, AND ORDER** |
| ZACHARY SANNS, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.     Defense counsel needs additional time to conduct additional investigation, find and interview potential witnesses and research any pretrial issues.

2.     Defense counsel is in the process of reviewing additional video evidence that has been provided that show the events of the evening in question as well as attempting to locate potential witnesses.

3.     In addition, the parties are working with one another to reach a potential resolution for this case and feel the review of this evidence could expedite a plea agreement.

4.     The defendant is not in custody and agrees to the continuance.

5.     The parties agree to the continuance.

6.     The additional time is to allow defense counsel sufficient time to investigation

3

1  and litigate any necessary pretrial issues and to prepare for trial, if this case cannot be

2  resolved through negotiations.

3       7.     Since April 2020, the COVID-19 pandemic and the Chief Judge's series of

4  General Orders regarding the pandemic, have slowed the prompt administration of justice in

5  the courts of the United States.  Despite the District of Nevada's recent ability to start

6  conducting a limited number of jury trials, COVID based delays in this District threaten to

7  persist into the immediate future.

8       8.     Additionally, this continuance is not made for the purposes of delay, and

9  denial of this request for continuance could result in a miscarriage of justice.  The additional

10  time requested is excludable in computing the time within which trial must commence under

11  the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), based on the factors under §

12  3161(h)(7)(B)(I), (iv).

13  **CONCLUSION OF LAW**

14       There is good cause in continuing the trial and the ends of justice served by granting said

15  continuance outweigh the best interest of the public and the defendant, since the failure to grant

16  said continuance would be likely to result in a miscarriage of justice, would deny the parties

17  herein sufficient time and the opportunity within which to be able to effectively and thoroughly

18  prepare for the preliminary hearing, taking into account the exercise of due diligence.

19       The continuance sought herein is excusable under Federal Rules of Criminal Procedure

20  5.1(d) and the Speedy Trial Act, Title 18, United States Code, Section 3161 (h)(7)(A), when

21  considering the factors under Title 18,  United States Code, Section 3161(h)(7)(B)(i) and (iv).

22  / / /

23  / / /

24  / / /

25

26

27

28

4

1      **IT IS ORDERED** that the trial currently scheduled for September 26, 2022, at 9:00 a.m.

2   and the calendar call currently scheduled for September 21, 2022, at the hour of 1:30 p.m. be

3   continued to **January 4, 2023, at 1:30 p.m.** and the trial be continued to **January 9, 2023, at**

4   **9:00 a.m.**

5

6      **DATED** August 22, 2022.

7

8                                                   THE HONORABLE JAMES MAHAN
9                                                   United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28