# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-265 JCM (BNW) |
| Plaintiff(s), | ORDER |
| v. | |
| ZACHARY SANNS, | |
| Defendant(s). | |

Presently before the court is defendant Zachary Sanns's motion for return of his passport and suspension of his pretrial release conditions. (ECF No. 67). Defendant represents that neither the government nor pretrial services objects to this request.

Defendant states that he is seeking leave to travel to Europe with his family for his first vacation in three years in August. As a condition of his pretrial supervision, he surrendered his passport, and he has been prevented from certain kinds of travel without the approval of pretrial services.

Reviewing the record in this matter, there is no evidence of any pretrial supervision violations. Additionally, the parties have recommended to the court through the plea agreement that defendant be sentenced to time served with no supervised release to follow at his sentencing hearing on September 22, 2023. In light of those factors, and the fact that no party objects to this motion, the court will GRANT it.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion for return of his passport and to suspend his travel conditions (ECF No. 67) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1  IT IS FURTHER ORDERED that pretrial services shall RETURN defendant's passport
2  to him.
3  IT IS FURTHER ORDERED that any pretrial release conditions restricting defendant's
4  travel be, and the same hereby are, SUSPENDED.
5  DATED July 13, 2023.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**